Eugene Lee, for the use of Morris Feldman et al., appellants, v. John Ricketts, garnishee, appellee.   Gen. No. 33,049.

Opinion filed March 26, 1929.

Abraham Feldman, for appellants.   No appearance for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Peter Zonca and Petronella Zonca, appellees, v. John Jankowski, appellant.   Gen. No. 33,058.

Opinion filed March 26, 1929.   Rehearing denied April 9, 1929.

Leesman, Roemer & Schnell, for appellant.   Morris K. Levinson, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Paul Schulte, appellant, v. Joseph Bristow, Jr., appellee.   Gen. No. 33,076.

Opinion filed March 26, 1929.

Robert D. Melick, for appellant.   D. W. Parker, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

John Zidek, appellant, v. John Podmajersky, appellee.   Gen. No. 33,085.

Opinion filed March 26, 1929.   Rehearing denied April 9, 1929.

Frank T. McDermott, for appellant; Frank A. Ramsey, of counsel. Charles J. Michal, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.